MICHAEL CAVOTA, an Infant, by ANTHONY CAVOTA, His Guardian ad Litem, Appellant, v. JOSEPH PANZA, Respondent.— Judgment reversed and new trial granted, with costs to the appellant to abide the event, on the ground that there

was question of fact for the determination of the jury on the question of vicious propensities of dog and notice to the person harboring it. Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ., concur.